# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01520-SAB<br><br>ORDER STRIKING UNSIGNED COMPLAINT<br><br>(ECF No. 2) |

On November 13, 2017, Plaintiff filed an unsigned complaint in this action. Unsigned documents cannot be considered by the Court, and the complaint shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint filed November 13, 2017 is STRICKEN FROM THE RECORD for being unsigned;
2. Plaintiff shall file a signed complaint on or before November 17, 2017; and
3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **November 15, 2017**

                                            UNITED STATES MAGISTRATE JUDGE

1