# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01520-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 3) |

Plaintiff Jeanette Hoskins filed an unsigned complaint on November 13, 2017, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On November 15, 2017, an order was filed striking the unsigned complaint, and Plaintiff filed a signed complaint the same day. The Court has reviewed Plaintiff's application to proceed in forma pauperis in this action and determines that it demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:　**November 16, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1