# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:17-cv-01520-LJO-SAB<br><br>ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 16) |

On August 1, 2018, the parties filed a stipulation to extend time for Defendant to file an opposition to Plaintiff's opening brief. The Court finds that good cause exists to approve the stipulation.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before August 30, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before September 14, 2018.

IT IS SO ORDERED.

Dated: __**August 1, 2018**__

                                                              UNITED STATES MAGISTRATE JUDGE