# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:17-cv-01520-SAB<br><br>ORDER GRANTING THIRD STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20) |

On October 8, 2018, the parties filed a third stipulated request that an extension of time be granted to allow Defendant to file a response to Plaintiff's opening brief. (ECF No. 20.) The Court GRANTS the parties' request. However, the parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief on or before November 8, 2018; and

2. Plaintiff may file a reply brief on or before November 26, 2018.

IT IS SO ORDERED.

Dated: **October 9, 2018**

UNITED STATES MAGISTRATE JUDGE