# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01520-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 25) |

　　　　Plaintiff Jeanette Hoskins ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 4, 2019, the magistrate judge filed a findings and recommendations. (ECF No. 25.) The findings and recommendations recommended Plaintiff's appeal of the decision of the Commissioner be granted and the action be remanded for further administrative proceedings. The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. The period for filing objections has passed and no objections have been filed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed February 4, 2019, is ADOPTED IN FULL; and
2. Plaintiff's appeal of the decision of the Commissioner is GRANTED and the action is REMANDED for further administrative proceedings.

IT IS SO ORDERED.

Dated: **February 27, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE