# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-01520-LJO-SAB<br><br>ORDER REQUIRING THAT EITHER DEFENDANT FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES OR THAT PARTIES STIPULATE TO THE AWARD OF ATTORNEY'S FEES<br><br>(ECF No. 28)<br><br>DEADLINE: JUNE 14, 2019 |

On February 28, 2019, judgment was entered in this matter granting Plaintiff's appeal and remanding this action for further administrative proceedings. (ECF Nos. 26, 27.) On May 29, 2019, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. (ECF No. 28.)

Accordingly, IT IS HEREBY ORDERED that Defendant shall file an opposition to Plaintiff's motion for attorney's fees, or the parties shall file a stipulation agreeing to the award of attorney's fees, on or before June 14, 2019.

IT IS SO ORDERED.

Dated: __May 30, 2019__

UNITED STATES MAGISTRATE JUDGE

1