# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOSKINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-01520-LJO-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>ORDER VACATING MOTION FOR ATTORNEYS' FEES<br><br>(ECF Nos. 28, 30) |

Plaintiff's appeal of the final decision of the Commissioner of Social Security was granted and remanded to the Commissioner on February 28, 2019. (ECF Nos. 26, 27.) On May 29, 2019, Plaintiff filed a motion for attorneys' fees. (ECF No. 28.) On May 31, 2019, the Court ordered that Defendant either file an opposition to the motion or that the parties stipulate to the aware of attorneys' fees. (ECF No. 29.) On June 13, 2019, the parties filed a stipulation for the award of attorneys' fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 30.)

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees and expenses pursuant to the EAJA in the amount of $6,200.00. Additionally, Plaintiff's motion for attorneys' fees (ECF No. 28) is VACATED as moot.

IT IS SO ORDERED.

Dated: **June 25, 2019** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE